## Adams Appeals.

Argued April 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

620

*William F. Sullivan, Jr.,* for appellant.

*James T. Vernile,* for appellees.

OPINION PER CURIAM, May 10, 1974:
Orders affirmed.
Mr. Justice NIX dissents.